Case 2:25-cr-20261-SHL    Document 7    Filed 10/23/25    Page 1 of 1    PageID 18

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  2:25-cr-20261 |
| Jonathan Collins ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*    Jonathan Collins                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ✔Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)-Unlawful shipment, transfer, receipt, or possession by a felon

Date:    10/07/2025 _____

_____ /s/ Annie T. Christoff _____
*Issuing officer's signature*

City and state:    MEMPHIS, TENNESSEE _____

Annie T. Christoff- United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/16/25 , and the person was arrested on *(date)* 10/23/25
at *(city and state)* Memphis, TN .

Date: 10/23/25 _____

_____ /s/ Madison Futrell _____
*Arresting officer's signature*

Madison Futrell  DUSM
*Printed name and title*