**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No.  2:25-cr-20261-SHL** |
| | ) | |
| **JONATHAN COLLINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**ORDER TO DISMISS COMPLAINT**

Before the Court is the Government's December 9, 2025, motion to dismiss the complaint without prejudice. For good cause shown, the motion is GRANTED and the complaint in this matter is dismissed without prejudice.

**IT SO ORDERED**, this 11th day of December, 2025.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

1